**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7420**

WILLIAM DOUGLAS DAWSON, JR.,

       Plaintiff - Appellant,

    v.

WARDEN LARRY CARTLEDGE, in his individual capacity; ASSOCIATE WARDEN FLORENCE MAUNEY, in her individual capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. David C. Norton, District Judge. (4:14-cv-03259-DCN)

Submitted: January 14, 2016      Decided: January 20, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Douglas Dawson, Jr., Appellant Pro Se. David Cornwell Holler, LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson, Jr., appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dawson v. Cartledge, No. 4:14-cv-03259-DCN (D.S.C. Aug. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED